COMMONWEALTH ASSOCIATION OF SCHOOL ADMINISTRATORS, TEAMSTERS LOCAL 502, Respondent

No. 201 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Roger WILLIAMSON, Petitioner

No. 128 WAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM.

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

.v.

Christopher FLENOURY, Petitioner

No. 217 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**